UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DARREL TREMAINE CARTER, ET AL. | * | CIVIL ACTION NO. 2:13-CV-2992 |
| **Plaintiffs** | * | |
| V. | * | JUDGE MINALDI |
| MARK DODGE, ET AL. | * | |
| **Defendants** | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 9] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's complaint be and hereby is **DISMISSED, WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 7 day of July, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE